**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

TWIN CITY FIRE INSURANCE
COMPANY,

      Plaintiff,

vs.                                                                Case No. 2:18-cv-14944

OVATION FUND SERVICES,
LLC,

      Defendant/Third Party
      Plaintiff.

vs.

BIS IMPROVED INSURANCE
     AGENCY,

      Third Party Defendant

_____

## STIPULATION OF DISMISSAL WITH PREJUDICE

      Pursuant to Federal Rule of Civil Procedure 41, the undersigned parties stipulate that all

claims, counterclaims, and third-party claims in this case are dismissed with prejudice.  Each

party shall bear its own costs and attorneys' fees.

| | |
|---|---|
| _____s/ John Burke_____<br><br>John Burke, Esq.<br>Burke & Potenza, P.A.<br>600 Parsippany Rd. Suite 106<br>Parsippany, NJ 07054<br>Telephone: (973) 515-8600<br>jburke@burkepotenza.com<br><br>*Counsel for Defendant Ovation Fund*<br>*Services, LLC* | *s/ Gerald T. Ford_____*<br>Gerald T. Ford, Esq.<br>Landman Corsi Ballaine & Ford, P.C.<br>One Gateway Center<br>Fourth Floor<br>Newark, NJ  07102<br>Telephone: (973) 623-2700<br><br><br>David H. Topol, Esq. (admitted *pro hac vice*)<br>Karen L. Toto, Esq. (admitted *pro hac vice*)<br>WILEY REIN LLP |

|  | 1776 K Street, N.W.,<br>Washington, D.C. 20006-1040<br>Telephone: (202) 719-7000<br>dtopol@wileyrein.com<br>ktoto@wileyrein.com |
|---|---|
| _s/ John L. Slimm_<br><br>John L. Slimm, Esq.<br>Marshall Dennehey<br>15000 Midlantic Drive<br>Suite 200<br>Mount Laurel, NJ 08054<br>jlslimm@mdwcg.com<br><br>*Counsel for Third-Party Defendant BIS Improved Insurance Agency* | *Counsel for Plaintiff Twin City Fire Insurance Company* |

**SO ORDERED.**

s/ Stanley R. Chesler
Stanley R. Chesler, U.S.D.J.

November 6, 2020